# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Corie Burckhard, as Personal Representative for the Estate of Todd Burkhard, and Maria Mack, as Personal Representative for the Estate of Blain H. Mac, Decedent, ) ) ) ) ) | |
| Plaintiffs, ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. ) ) | |
| BNSF Railway Company, a Delaware corporation, CUSA ES, LLC d/b/a Coach America Crew Transport, ) ) ) ) | |
| Defendants. ) | Case No. 4:13-cv-038 |

Before the court are motions for attorneys Thomas M. Flaskamp and Richard L. Carlson to appear pro hac vice on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Thomas M. Flaskamp and Richard L. Carlson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3 and 4 ) are GRANTED. Attorneys Thomas M. Flaskamp and Richard L. Carlson are admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 4th day of April, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge