# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Corrie Burckhard, as Personal Representative estate of Todd Burckhard, Decedent, and Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent, </br></br> Plaintiffs, </br></br> vs. </br></br> BNSF Railway Company, a Delaware corporation, and CUSA ES, LLC d/b/a Coach America Crew Transport, </br></br> Defendants. | ) ) ) ) ) ) ) **ORDER RE ADMISSION** ) **PRO HAC VICE** ) ) ) ) ) ) Case No. 4:13-cv-038 ) |

Before the court is are motions for attorneys Randy J. Cox, Christopher L. Decker, and Scott M. Stearns to appear *pro hac vice* on behalf of defendants. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Randy J. Cox, Christopher L. Decker, and Scott M. Stearns have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. The have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket No. 9, 10 and 11) are **GRANTED**. Attorneys Randy J. Cox, Christopher L. Decker, and Scott M. Stearns are admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge