IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Corrie Burkhard, as Personal Representative for the Estate of Todd Burckhard, Decedent, and Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE** |
| vs. | ) ) | |
| BNSF Railway Company, a Delaware corporation, and CUSA ES, LLC d/b/a Coach America Crew Transport, | ) ) ) ) | Case No. 4:13-cv-038 |
| Defendants. | ) ) | |
| CUSA ES, LLC, db/a Coach America Crew Transport, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| Ronald Keiser and QBE Insurance Corporation, | ) ) ) | |
| Third-Party Defendants. | ) | |

Before the court is are motions for attorneys John L. Wright and James R. Halverson to appear *pro hac vice* on behalf of Third-Party Defendant Ronald Keiser. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Wright and Halverson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk.

1

Accordingly, the motions (Docket No. 28 and 29) are **GRANTED**. Attorney John L. Wright and James R. Halverson are admitted to practice before this court in the above-entitled action on behalf of Third-Party Defendant Ronald Keiser.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2013.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge