**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Corrie Burkhard, as Personal Representative for the Estate of Todd Burckhard, Decedent, and Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| BNSF Railway Company, a Delaware corporation, and CUSA ES, LLC d/b/a Coach America Crew Transport, | ) ) ) ) | |
| Defendants. | ) ) | |
| CUSA ES, LLC, db/a Coach America Crew Transport, | ) ) ) | Case No. 4:13-cv-038 |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| Ronald Keiser and QBE Insurance Corporation, | ) ) ) | |
| Third-Party Defendants. | ) | |

Before the court is a motion for attorney Jacob Tomczik to appear *pro hac vice* on behalf of Third-Party Defendant QBE Insurance Corporation. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Tomczik has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk.

Accordingly, the motion (Docket No. 33) is **GRANTED**. Attorney Jacob Tomczik is

1

admitted to practice before this court in the above-entitled action on behalf of Third-Party Defendant QBE Insurance Corporation.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court