## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Corrie Burckhard, as Personal Representative for the Estate of Todd Burckhard, Decedent, and Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent, | ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BNSF Railway Company, a Delaware corporation, and CUSA ES, LLC d/b/a Coach America Crew Transport, | ) ) ) ) | Case No. 4:13-cv-038 |
| Defendants, | ) | |

The court shall conduct a status conference in the above-entitled action on March 4, 2014, at 2:00 p.m. CST by telephone. Participants to the conference call should call the following number and enter the following access code:

Telephone No.: (877) 848-7030

Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2014.

                                                             */s/ Charles S. Miller, Jr.*
                                                             Charles S. Miller, Jr., Magistrate Judge
                                                             United States District Court