# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Corrie Burckhard as Personal Representative for the Estate of Todd Burckhard, Decedent, and Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| BNSF Railway Company, a Delaware corporation, and CUSA ES LLC d/b/a Coach America Crew Transport, | ) ) ) ) | Case No. 4:13-cv-038 |
| Defendants. | ) ) | |

Before the court is a Stipulation to Modify Scheduling/Discovery Plan filed by the parties on May 7, 2014. The court **ADOPTS** the parties stipulation (Docket No. 62) and **ORDERS** that its Scheduling/Discovery Order be amended as follows:

3. The parties shall have until July 18, 2014, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete expert reports under Rule 26(a)(2) as follows: The plaintiff shall have until June 30, 2014 to serve expert witness disclosures compliant with the language of Rule 26(a)(2), and defendants shall have until August 22, 2014, to serve expert witness disclosures compliant with the language of Rule 26(a)(2). (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on the other parties, but not filed with the

1

court.)

5. The parties shall have until September 30, 2014, to complete discovery depositions of expert witnesses.

6. The parties shall have until August 1, 2014, to file other dispositive motions (Summary Judgment as to all or part of the case).

Dated this 8th day of May, 2014.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court