# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Corrie Burckhard, as Personal Representative for the Estate of Todd Burckhard, Decedent, and Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent, <br><br> Plaintiffs, <br><br> vs. <br><br> BNSF Railway Company, a Delaware corporation, and CUSA ES, LLC d/b/a/ Coach America Crew Transport, <br><br> Defendants. | **ORDER GRANTING MOTION TO LIMIT EXAMINATION AND ARGUMENT TO ONE ATTORNEY** <br><br><br><br><br><br><br><br><br><br> Case No. 4:13-cv-038 |

Before the court is "Defendants' Motion Under Rule 26, N.D.R.Civ.P. and Rule 47.1 (D), D.ND. Civ. L.R., to Limit Examination and Argument to One Attorney from the Plaintiffs' Law Firm" filed March 28, 2014. Defendants request an order limiting plaintiffs' law firm to one attorney for examination of deposition witnesses, one attorney for examination of trial witnesses, and one attorney for arguing questions to the court and jury at trial. Plaintiffs have not filed a response.

Pursuant to D.N.D. Civ. L.R. 7.1(F), plaintiffs' failure to file a response is deemed an admission that the motion is well taken, and defendants' motion to limit examination (Docket No. 60) is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 15th day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge