**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Corrie Burkhard, as Personal Representative for the Estate of Todd Burkhard, Decedent, and Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent, | ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) | |
| BNSF Railway Company, a Delaware Company, et. al., | ) ) ) | Case No. 4:13-cv-038 |
| Defendants. | ) | |

The court held a status conference with the parties on October 6, 2014, to address QBE Insurance Corporation's objections to discovery served upon it by BNSF and Coach America. Pursuant to its discussion with the parties, QBE can file a motion to compel in Case No. 4:13-cv-125 once the court has disposed of the Motion for Summary Judgment filed in Case No. 4:13-cv-038.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court