## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Corrie Burckhard, as Personal Representative for the State of Todd Burckhard, Decedent, and Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent, | ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BNSF Railway Company, a Delaware corporation, et. al., | ) ) | Case No. 4:13-cv-038 |
| Defendants. | ) | |

On November 25, 2014, the court convened a pretrial conference in the above-entitled action. Pursuant to its discussions with the parties, the court orders that the parties shall file exhibit lists and proposed witness lists by December 1, 2014. With respect to deposition testimony to be presented at trial, the parties shall submit their designations by December 1, 2014, counter-designations by December 4, 2014, and objections to designations and counter-designations by December 8, 2014. The court shall convene a status conference with the parties by telephone on December 2, 2014, at 2:00 p.m. CST to review the exhibit lists. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 25th day of November, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court